**Jed W. Manwaring ISB #3040**
**Christy A. Kaes ISB #4852**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
           **ckaes@evanskeane.com**
**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br>**FARMERS GRAIN, LLC,**<br>　　Debtor. | Case No. 17-00450-TLM<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br>　　Plaintiff,<br>vs.<br>**ANTHONY HOLDERMAN, and**<br>**FARMERS BANK fdba FARMERS**<br>**NATIONAL BANK,**<br>　　Defendants. | Adversary Case No. 19-06018-TLM |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiff dismisses the Complaint in the above Adversary Proceeding with prejudice.  Neither of the Defendants have served an answer or motion for summary judgment.

DATED this 5th day of April, 2019.　　EVANS KEANE LLP

　　　　　　　　　　　　　　　　　　　By ___/s/ Jed W. Manwaring_____
　　　　　　　　　　　　　　　　　　　　　Jed W. Manwaring, Of the Firm
　　　　　　　　　　　　　　　　　　　　　Attorneys for Trustee

*NOTICE OF DISMISSAL WITH PREJUDICE - 1*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2019, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

I FURTHER CERTIFY that on this 5th day of April, 2019, I served a copy of the foregoing on the following by U.S. Mail, postage prepaid:

Farmers Bank
1097 Blue Lakes Blvd North
Twin Falls, ID 83301

Anthony Holderman
1949 Bench Road
Vale, OR 97918

        /s/ Jed W. Manwaring
        Jed W. Manwaring